IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. _____ |
| | ) | |
| Adam T. Chesney | ) | Judge Thomas M. Lynch |
| Kathryn M. Chesney | ) | |
|           Debtors. | ) | Chapter 13 |

### **DECLARATION OF ADAM T. CHESNEY AND KATHRYN M. CHESNEY**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a debtor in the above-captioned case.

2. I reside at 11051 Preston Parkway, Huntley, IL 60142

3. Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11U.S.C. §101 (14A).

4. I have filed all Federal and State tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to filing of this bankruptcy.

5. By signing this instrument, I acknowledge that all the statements contained herein are true and accurate and that the court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 plan. The court may revoke confirmation of the Chapter 13 plan if the statements relied upon are not accurate.

6. I declare under penalty of perjury, that the foregoing is true and correct.

_____ 02/22/2019
Adam T. Chesney

_____ 02/22/2019
Kathryn M. Chesney